UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    vs.

WINSTON NEVERSON

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-0663  (GHL)

Lionel Hector, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 1 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Depriving an animal of necessary sustenance, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 353 of the New York Agriculture and Market Law.

**DATE OFFENSE CONCLUDED: September 25, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay fines of $ 500.00 and a special assessment of $ 25.00. Total of the fine and special assessment amounts to $525.00, payable no later than April 15, 2009.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

January 14, 2009
Date of Imposition of Sentence

January 22, 2009
DATE SIGNED

George H. Lowe
United States Magistrate Judge